IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY M. GARTMAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1875

Opinion filed May 6, 2016.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Nancy A. Daniels, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Following his convictions for armed robbery and possession of a firearm by a convicted felon, Appellant was sentenced to a term of 12 years, with a 10-year mandatory minimum term for use of a firearm for the armed robbery offense, and

to a term of 6 years with a 3-year mandatory minimum for use of a firearm. The mandatory term for possession of a firearm by a convicted felon was ordered to be served consecutive to the term imposed for armed robbery. Given the case law as it existed at the time of sentencing, the trial court understandably believed the sentences had to be imposed consecutively. Appellant raises several issues on appeal, but we will address only one.

While this appeal was pending, the Florida Supreme Court decided Williams v. State, -- So. 3d --, 41 Fla. L. Weekly S73 (Fla. Mar. 3, 2016). In Williams, the Court held that consecutive mandatory minimum terms of imprisonment for use or possession of a firearm during a qualifying felony are permissible but not required by section 775.087, Florida Statutes. Per Williams, we vacate the sentences and remand for resentencing. The remaining issues raised on appeal are without merit.

AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.